JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY MARVIN COLLINS AKA BOBBY DAWKINS,<br><br>　　　　Petitioner,<br>　vs.<br>LINDA T. MCGREW, Warden,<br>　　　　Respondent. | Case No. CV 13-8555-R (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

　　IT IS ADJUDGED that the action is dismissed.

Dated: _January 9, 2014_

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1